**HARLAN M. REESE & ASSOCIATES**
*A Professional Law Corporation*
Joseph M. Pleasant, Bar # 179571
9444 Waples Street, Suite 405
San Diego, California 92121
Telephone  858.550.0389
Facsimile 858.550.0941

Attorneys for Plaintiff
PROPAK FROZEN FOODS, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN JUDICIAL OF CALIFORNIA

| | |
|---|---|
| PROPAK FROZEN FOODS, INC.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SALVATORE SIRACUSA, PACIFIC PRIME, SURF & TURF FOODS, HAWAIIAN ISLAND STEAK & SEAFOOD, PACIFIC PRIME FOODS OF NEVADA, INC., PACIFIC PRIME – PORTLAND, SAN DIEGO MANAGEMENT DBA PACIFIC PRIME, NORTHERN PRIME/ATLANTIC BEEF, ATLANTIC BEEF CO. – CLEVELAND and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No. 07CV0018<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

　　Pursuant to the Stipulation of the parties, the Court orders the case dismissed without prejudice.

Date: _____    _____
　　　　　　　　　　　　　　　　　Judge of the District Court

1
ORDER